UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN R. WATLEY,

Plaintiff,

-against-

AXA EQUITABLE,

Defendants.

**ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

**26-CV-2930 (AT) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge.**

The Court is in receipt of pro se Plaintiff's request to appear remotely at the initial case management conference. Dkt. No. 27. The request is **GRANTED** but the Court will reschedule the ICMC because Plaintiff receives notice via mail.

It is hereby **ORDERED** that an initial scheduling and case management conference will be held in accordance with Fed. R. Civ. P. 16 on **August 3, 2026 at 10:30 AM,** remotely. **The link is pasted here**:

https://teams.microsoft.com/meet/25807397810771?p=Qap83c3WR950IhcbSP

Meeting ID: 258 073 978 107 71

Passcode: Zi3Hb6dT

Plaintiff is currently receiving documents via mail. If Plaintiff wishes to receive documents in this case electronically (by e-mail) instead of by regular mail), he may consent to electronic service by filing a Pro Se Consent to Electronic Service Form, available in the Pro Se Intake Unit or at https://nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

The Court also notes that there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse. The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. Plaintiff is encouraged to make an appointment with the Clinic by calling (212) 659-6190.

**The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se litigant at the address on ECF.**

SO ORDERED.

Dated: New York, New York
July 15, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge