UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN R. WATLEY,<br>Plaintiff,<br>-against-<br>AXA EQUITABLE,<br>Defendant. | **ORDER**<br>**26-CV-2930 (AT) (JW)** |

**JENNIFER E. WILLIS, United States Magistrate Judge.**

On October 18, 2026, the Court received an email from Plaintiff Edwin R. Watley ("Mr. Watley"). Mr. Watley stated that he believed he missed the Initial Case Management Conference ("ICMC") in September and asked for meeting minutes.

The Court confirms that Mr. Watley participated in the September 1, 2026 ICMC. Dkt. No. 40. The Court directed Defendant to provide a copy of the hearing transcript to Mr. Watley. Dkt. No. 40 at 3. If Mr. Watley has not received this transcript yet, he should communicate with Defendant's counsel directly. Further communications with the Court should be through filings on ECF, rather than direct outreach to chambers or staff. This process is important to maintain the case record.

The Clerk of Court is respectfully requested to mail a copy of this order to Plaintiff at the address on ECF.

SO ORDERED.

Dated: New York, New York
October 22, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge